UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JESSIE E. JONES,

    Plaintiff,

v.

S. HULET, et al.,

    Defendants.

_____/

Case No. 1:14-cv-1021

HONORABLE PAUL L. MALONEY

## **ORDER ADOPTING REPORT AND RECOMMENDATION**

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. Defendants filed a motion for summary judgment. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on September 7, 2018, recommending that this Court grant the motion in part and deny in the motion in part. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 48) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment (ECF No. 46) is GRANTED IN PART AND DENIED IN PART.

**IT IS FURTHER ORDERED** that Plaintiff's Eighth Amendment claims against Officers Hulet and Zwiefka and his first Amendment claim against Officer Zwiefka are DISMISSED.

**IT IS FURTHER ORDERED** that the Order to Proceed *In Forma Pauperis* with Initial Fee Due When Funds Become Available (ECF No. 3) is VACATED. Plaintiff is to pay the entire remaining balance of the filing fee.

Dated: October 11, 2018          /s/ Paul L. Maloney
                                 Paul L. Maloney
                                 United States District Judge