UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JESSIE E. JONES,

    Plaintiff,

v.

S. HULET, et al.,

    Defendants.

_____/

Case No. 1:14-cv-1021

HONORABLE PAUL L. MALONEY

## **JUDGMENT**

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered in favor of Defendants and against Plaintiff.

Dated: February 12, 2019

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge